IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURN-KEY-TECH, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HYUNDAI MOTOR CO., LTD., a Japanese corporation, and HYUNDAI MOTOR AMERICA, INC., a California corporation,<br><br>　　　　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | Civil Action No.<br>01CV1884 B (NLS)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Honorable Rudi M. Brewster** |

The Court, having considered the Joint Stipulation for Dismissal With Prejudice between Plaintiff/Counterdefendant Turn-Key-Tech, LLC and Defendant/Counterclaimants, Hyundai Motor Co., Ltd. and Hyundai Motor America, Inc., HEREBY ORDERS THAT:

　　1.　All claims and counterclaims of this action shall be dismissed WITH PREJUDICE; and

　　2.　Each party shall bear its own costs and attorneys' fees.

DATED: December 8, 2006

　　　　　　　　　　　　　　　　　　　_/s/ Rudi M. Brewster_
　　　　　　　　　　　　　　　　　　　Hon. Rudi M. Brewster
　　　　　　　　　　　　　　　　　　　United States Senior District Judge

cc: Nita L. Stormes
　　United States Magistrate Judge

　　All Counsel of Record

Case No. 01CV1884 B (NLS)